```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )   CRIMINAL NO. 04-10265-DPW
                            )
                            )   VIOLATIONS:
        v.                  )   18 U.S.C. § 1709
                            )   Theft of Mail By Postal
MARIE P. CALABRARO          )   Employee
```

## INDICTMENT

COUNT ONE:  (18 U.S.C. § 1709 - Theft of Mail By Postal Employee)

The Grand Jury charges that:

On or about March 11, 2004, at Boston, in the District of Massachusetts,

MARIE P. CALABRARO,

defendant herein, did, being a Postal Service employee, steal, abstract, and remove articles and things contained in letters, packages, bags and mail, which letters, packages, bags and mail had been entrusted to her and had come into her possession intended to be conveyed by mail.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

*Irene Burke*
FOREPERSON OF THE GRAND JURY


*Antoinette E. M. Leoney*
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                    September 1, 2004

Returned into the District Court by the Grand Jurors and filed.

*Thomas F. Quinn*
Deputy Clerk

3:20 pm

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** POSTAL SERVICE

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** MARIE P. CALABRARO    Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** 725 Adams Street, Apt. #49, Dorchester, MA 02122-1945

**Birth date (Year only):** 1949   **SSN (last 4 #):** 2046   **Sex** F   **Race:** _____   **Nationality:** USA

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Antoinette E.M. Leoney    **Bar Number if applicable** 545567

**Interpreter:** ☐ Yes ☐ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 1, 2004    **Signature of AUSA:** _/s/ Antoinette E.M. Leoney_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    MARIE P. CALABRARO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1709 | Theft of Mail by Postal Employee | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| ADDITIONAL | | | |