UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| | NO. 04-10265 DPW |
| V. | |
| MARIE P. CALABRARO | |
|        Defendant | |

**NOTICE OF INITIAL APPEARANCE/ ARRAIGNMENT**

Lawrence P. Cohen, M.J.

      PLEASE TAKE NOTICE that the above-entitled case has been set for INITIAL APPEARANCE/ARRAIGNMENT on TUESDAY, SEPTEMBER 21, 2004 at 11:00 A.M. before Judge LAWRENCE P. COHEN, MJ in Courtroom # 23 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

      Please note that the defendant must appear with counsel. If he/she is unable to secure counsel and believes, because of his/her financial condition, that counsel should be appointed, he/she should contact the undersigned at (617) 748-4231.

      Also note that the defendant must contact the U.S. Pretrial Services Office at (617) 748-9213 at least 72 hours before the above date.

                                                         TONY ANASTAS,
                                                         CLERK OF COURT

**DATE: SEPTEMBER 13, 2004**

                                                       By  /s/ Maria Simeone
                                                             Courtroom Deputy

**Notice mailed/e-mailed to: all counsel of record**

**(notice of arraignment.wpd - 7/99)**                                                                                                **[kntchrgcnf.]**

Case 1:04-cr-10265-DPW     Document 3     Filed 09/13/2004     Page 2 of 2

**(notice of arraignment.wpd - 7/99)**                                                                                                **[kntchrgcnf.]**