AO 458 (Rev. USAO-MA 7/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF      Massachusetts

United States of America

v.

Marie P. Calabraro

**APPEARANCE**

Case Number:    04-10265-DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States of America.

I certify that I am admitted to practice in this court.

September 21, 2004
Date

Signature

Print Name                                        Bar Number
Paul R. Moore                                     632312

Address
1 Courthouse Way          Suite     9200

City                      State              Zip Code
Boston                    MA       02210

Phone Number                                      Fax Number
617 748-3654