# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF: U.S. v.s. Marie Calabraro
FOR: Massachusetts AT Boston

PERSON REPRESENTED (Show your full name): Marie Calabraro

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 04-10265
Court of Appeals:

CHARGE/OFFENSE: Theft of Mail    ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☒ No

**ASSETS**

OTHER INCOME — IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $22,000 from thrift savings plan to live on. $500/week from job - left job in 3/04

CASH — Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $150

PROPERTY — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? ☒ Yes ☐ No
VALUE: $2000    DESCRIPTION: Car — over the amount owed on the car

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED
Total No. of Dependents: _____

**OBLIGATIONS & DEBTS**

| DEBTS & MONTHLY BILLS | Creditors | Total Debt | Monthly Pay |
|---|---|---|---|
| APARTMENT OR HOME: | credit card | $6000 | $ |
|  | NEMC | $400 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10/13/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)