AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

UNITED STATES OF AMERICA
V.
MARIE P. CALABRARO
725 ADAMS STREET APT #49
DORCHESTER, MA 02122

**SUMMONS IN A CRIMINAL CASE**

Case Number:    04-10265 DPW

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| UNITED STATES DISTRICT COURT - DIST. OF MASSACHUSETTS<br>1 COURTHOUSE WAY<br>BOSTON, MA 02210 | COURTROOM #23, 7TH FLOOR |
| Before:   MAGISTRATE JUDGE LAWRENCE P. COHEN | Date and Time<br>NOVEMBER 3, 2004 |

To answer a(n)
- [X] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Violation Notice
- [ ] Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __1709__

Brief description of offense:

_____
Signature of Issuing Officer

OCTOBER 15, 2004
Date

**MARIA SIMEONE, COURTROOM DEPUTY**
Name and Title of Issuing Officer