AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of    Massachusetts

UNITED STATES OF AMERICA

V.

MARIE CALABRARO

**WARRANT FOR ARREST**

Case Number:   04-10265 DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   MARIE CALABRARO
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    x Information    ☐ Complain    ☐ Order of court    ☐ Violation        ☐ Probation Violation Petition

charging him or her         (brief description of offense)

THEFT OF MAIL BY POSTAL EMPLOYEE

in violation of _____ United States Code, Section(s) _____ 1709 _____

LAW_____
Name of Issuing Officer

_____
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

9/21/04
Date and Location

Bail fixed at $ _____ by _____
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| WARRANT EXECUTED BY _____ |
| BY ARREST/ARRAIGNMENT OF THE |

| DATE RECEIVED | NAME AND DEFENDANT IN TITLE OFFICER  10/13/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |