AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
MARIE CALABRARO
725 ADAMS STREET APT #49
DORCHESTER, MA 02122

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: 04-10265 DPW

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| UNITED STATES DISTRICT COURT - DIST. OF MASSACHUSETTS<br>1 COURTHOUSE WAY<br>BOSTON, MA 02210 | COURTROOM #23, 7TH |
| Before: MAGISTRATE JUDGE LAWRENCE P. COHEN | Date and Time<br>NOVEMBER 1, 2004 @ 11:00AM |

To answer a(n)

X Indictment * Information * Complaint * Violation Notice * Probation Violation Petition

Charging you with a violation of Title 18 United States Code, Section(s) 1709

Brief description of offense:

/S/ Maria Simeone
Signature of Issuing Officer

Date

MARIA SIMEONE , COURTROOM DEPUTY
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me | Date

Check one box below to indicate appropriate method of service

* Served personally upon the defendant at: ______________________

* Left summons at theLeft summons at the defendant s dwelling house or usual place of abode with a personLeft summon discretion then residing therein and mailed a copy of the summons to the defendant s last known address.
Name of person with whom the summons was ______________________

* Returned unexecuted: ______________________

II declare under penalty of perjury under the laws of the United States of AI declare under penalty of perjury un information contained in the Return of Service is true and correct.

Returned ______________________ ______________________
Date Name of United States Marshal

______________________
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.