# LURIE & KRUPP, LLP

ONE MCKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

SARA A. LAROCHE
THOMAS E. LENT

TEL: (617) 367-1970
FAX: (617) 367-1971

E-MAIL: pkrupp@luriekrupp.com

November 23, 2004

The Honorable Lawrence P. Cohen
United States Magistrate Judge
J. Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, MA 02210

Re:   United States v. Marie Calabraro,
      Criminal No. 04-10265-DPW

Dear Magistrate Judge Cohen:

My client, Marie Calabraro, is prepared to enter a guilty plea to the Indictment in this case, which charges a single violation of 18 U.S.C. § 1709 (theft of mail by a postal employee). There is no plea agreement. Although the matter is scheduled for a status conference on December 13, there is no reason to wait until that time to transfer the case to Judge Woodlock.

By copy of this letter, I am requesting that the matter be scheduled for a change of plea before Judge Woodlock at the Court's earliest convenience.

Thank you.

Very truly yours,

Peter B. Krupp

PBK:kag

cc:   Michelle Rynne, Deputy Clerk to
        the Honorable Douglas P. Woodlock
      AUSA Paul R. Moore
      Marie Calabraro
      USPTSO Basil Cronin